# INITIAL APPEARANCE CALENDAR

Magistrate Judge : **Sanket Bulsara**          Date: **10/4/18**

Magistrate Case Number: **18-927M**          LOG #: 3:33 – 3:57

Defendant's Name: **Kaderrah Doyle**

_✓_ Court appointed counsel.  _____ Defendant retained counsel.

Defense Counsel: Michael Schneider          CJA: ✓  FDNY: ✓  RET:___

A.U.S.A. ~~Ryan Harris~~ Erin Reid          Clerk : **SM Yuen**

Interpreter : _____          Language: _____

**X**  ARRAIGNMENT on Complaint held.  ___ Government Agent Sworn

___ DETENTION HEARING Held: _____ Government opposed bail for reasons stated on the record.
 _X_ Bond set at $100,000 .  _X_ Bond set on consent of both parties.

Defendant :  _X_ released  ___ held pending satisfaction of bond conditions.

_X_ Defendant advised of bond conditions set by the Court and signed the bond.

_____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

_1_ (Additional) surety/ies to co-sign bond by  10/12/18

_____ After detention  hearing, Court orders detention in custody. _____ Leave to reopen granted

_____ Temporary Order of Detention Issued.  Bail Hearing set for _____  _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Preliminary Hearing set for:_____; or  _X_ waived by defendant

_____ Status Conference set for:_____ before Judge _____

_____ Medical memo issued.

_____ REMOVAL (Rule 5) PROCEEDING held.  To the district of: _____

 _____ Identity hearing held. Court  ___ orders removal  ___ denies removal

 _____ Defendant waives:  ___ identity hearing ___ preliminary hearing

 _____ Identity/ Removal Hearing set for: _____

 _____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: Time excluded 10/4 → 11/5/18

_____

_____

_____

_____

# INITIAL APPEARANCE CALENDAR

Magistrate Judge : __**Sanket Bulsara**__     Date: __**10/4/18**__

Magistrate Case Number: __**18-927M**__     LOG #: 7:33 – 7:57

Defendant's Name: __**Marina Golfo**__

_✓_ Court appointed counsel.     _____ Defendant retained counsel.

Defense Counsel: __Sally Butler__     CJA: ✓   FDNY:___   RET:___

A.U.S.A. ~~Ryan Harris~~ Erin Reid     Clerk : __SM Yuen__

Interpreter : _____     Language: _____

__X__   ARRAIGNMENT on Complaint held.   ___ Government Agent Sworn

___ DETENTION HEARING Held: _____ Government opposed bail for reasons stated on the record.

   ✗ Bond set at $150,000.   ✗ Bond set on consent of both parties.

   Defendant :  ✗ released   ___ held pending satisfaction of bond conditions.

   ✗ Defendant advised of bond conditions set by the Court and signed the bond.

   _1_ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   ____ (Additional) surety/ies to co-sign bond by _____

   ____ After detention hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____ _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✗ Preliminary Hearing set for:_____; or   X waived by defendant

____ Status Conference set for:_____ before Judge _____

____ Medical memo issued.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

   ____ Identity hearing held. Court   ____ orders removal   ____ denies removal

   ____ Defendant waives:   ___ identity hearing ___ preliminary hearing

   ____ Identity/ Removal Hearing set for: _____

   ____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings:__Time excluded 10/4 – 11/5/18__

# INITIAL APPEARANCE CALENDAR

Magistrate Judge : **Sanket Bulsara**          Date: **10/4/18**

Magistrate Case Number: **18-927M**          LOG #: 7:33 - 3:57

Defendant's Name: **Ego Onaga**

__✓__ Court appointed counsel.    _____ Defendant retained counsel.

Defense Counsel: **Gary Villanueva**    CJA: ✓    FDNY:___    RET:___

A.U.S.A. ~~Ryan Harris~~ Evin Reid          Clerk : **SM Yuen**

Interpreter : _____          Language: _____

**X**    ARRAIGNMENT on Complaint held.    ___ Government Agent Sworn

___ DETENTION HEARING Held: _____ Government opposed bail for reasons stated on the record.

    X Bond set at $ 100,000 .    X Bond set on consent of both parties.

    Defendant : X released ___ held pending satisfaction of bond conditions.

    X Defendant advised of bond conditions set by the Court and signed the bond.

    1 Surety(~~ies~~) sworn, advised of bond obligations by the Court and signed the bond.

    X (Additional) surety/ies to co-sign bond by _____

    _____ After detention hearing, Court orders detention in custody.    _____ Leave to reopen granted

_____ Temporary Order of Detention Issued. Bail Hearing set for _____  _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

X Preliminary Hearing set for:_____; or    X waived by defendant

_____ Status Conference set for:_____ before Judge _____

_____ Medical memo issued.

_____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

    _____ Identity hearing held. Court  ___ orders removal  ___ denies removal

    _____ Defendant waives:  ___ identity hearing ___ preliminary hearing

    _____ Identity/ Removal Hearing set for: _____

    _____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: Time excluded 10/4 — 11/5/18

# INITIAL APPEARANCE CALENDAR

Magistrate Judge : **Sanket Bulsara**     Date: **10/4/18**

Magistrate Case Number: **18-927M**     LOG #: 3:33 — 3:57

Defendant's Name: **Patricia Hakim**

✓ Court appointed counsel.   __ Defendant retained counsel.

Defense Counsel: **Joel Stein** ,   CJA: ✓   FDNY:___   RET:___

A.U.S.A. ~~Ryan Harris~~ Erin Reid     Clerk : **SM Yuen**

Interpreter : _____     Language: _____

**X**   ARRAIGNMENT on Complaint held.   __ Government Agent Sworn

___ DETENTION HEARING Held: ____ Government opposed bail for reasons stated on the record.
     X Bond set at **$100,000**.   X Bond set on consent of both parties.

Defendant : X released   __ held pending satisfaction of bond conditions.

X Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

2 ~~(Additional)~~ surety/ies to co-sign bond by     10 / 12 / 18

____ After detention hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____ _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

X Preliminary Hearing set for:_____; or   X waived by defendant

____ Status Conference set for:_____ before Judge _____

____ Medical memo issued.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

     ____ Identity hearing held. Court   ____ orders removal   ____ denies removal

     ____ Defendant waives:   ___ identity hearing ___ preliminary hearing

     ____ Identity/ Removal Hearing set for: _____

     ____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings:_ Time excluded 10/4 — 11/5/18

_____
_____
_____
_____