# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner  
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate

<u>MANHATTAN</u>  
1 Penn Plaza, Suite 5315  
New York, New York 10119  
Telephone: (212) 349-9000  
Facsimile: (212) 349-9003  
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>  
1103 Stewart Avenue, Suite 200  
Garden City, New York 11530  
Telephone: (516) 678-2800  
Facsimile: (516) 977-1977  
E-mail: william@saponepetrillo.com

March 5, 2019

Hon. Kiyo A. Matsumoto  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re: *United States v. Golfo*  
      <u>Dkt. No.: 19-CR-095 (KAM)</u>

Dear Judge Matsumoto:

  I am retained counsel to Defendant Marina Golfo in the above-referenced case.

  I am in receipt of the Court's February 28, 2019 scheduling order. Per the Court's order, Ms. Golfo was arraigned on the above-referenced indictment this afternoon.

  We are scheduled to appear before Your Honor for an initial conference on March 19, 2019, at 10:30 a.m. I write to respectfully request that the Court reschedule the conference to any other date that week, or the following week. The reason for this request is that March 19 is my CJA duty date in the Southern District of New York. Because I am required to be available to take any CJA cases in SDNY that day, it would be difficult for me to appear before Your Honor as currently scheduled. I can, however, make myself available any other day convenient to the Court.

  Additionally, if it is possible to schedule the conference in the afternoon, we would appreciate it, as Ms. Golfo would not have to take a day off of work in order to appear.

  I have conferred with AUSA Ryan Harris, who does not object to this request.

  Lastly, consistent with the waiver of excludable delay entered in court at Ms. Golfo's arraignment today, she agrees to waive speedy trial time to any further conference date set by the Court in response to this request.

The Court's consideration is greatly appreciated.

>Respectfully submitted,
>
>*/s/ Edward V. Sapone*
>Edward V. Sapone
>*Counsel to Defendant*
>*Marina Golfo*