

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH/EMR  *271 Cadman Plaza East*
F. #2017R01784  *Brooklyn, New York 11201*

September 18, 2019

By Mail

Edward V. Sapone, Esq.
One Penn Plaza
Suite 53157
New York, NY 10019
Email: edward@saponelaw.com

        Re:   United States v. Marina Golfo
              Docket No. 19-CR-95 (KAM)

Dear Counsel:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. These materials are being sent to you pursuant to the terms of the protective order entered on September 12, 2019. The government also requests reciprocal discovery from the defendant.

I.     The Government's Discovery

- Un-redacted copies of session notes submitted by the defendant, Bates-numbered GOLFO-001119-2165.

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                  Very truly yours,

                  RICHARD P. DONOGHUE
                  United States Attorney

      By:   /s/ Erin Reid
             Erin Reid
             Erin Reid
             Assistant U.S. Attorney
             (718) 254-6489/6361

Enclosures